## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kathleen Mazzio

                                        Plaintiff,

v.                                                             Case No.: 1:15−cv−07422
                                                                       Honorable Robert M. Dow Jr.

American Airlines Group, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On 10/6/2015, the Plaintiff filed a notice of voluntary dismissal without prejudice [see 16]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's notice of voluntary dismissal of all claims against Defendants American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., and United Airlines, Inc. this action is dismissed without prejudice. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.